## Commonwealth v. Hooper, Appellant.

Argued March 10, 1975. *Edward S. Finkelstein,* for appellant; *Marion E. MacIntyre,* Second Assistant District Attorney, with her *Richard A. Lewis,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Hunter, Appellant.

Argued March 24, 1975. *Harry D. Shargel,* for appellant; *Bruce Franzel,* Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.